**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| UNM RAINFOREST INNOVATIONS, | |
| Plaintiff, | Civil Action No. 6:19-cv-00262-ADA |
| v. | **JURY TRIAL DEMANDED** |
| TP-LINK TECHNOLOGIES CO., LTD., | |
| Defendant. | |

**DECLARATION OF YANMEI ZHANG IN SUPPORT OF DEFENDANT'S MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION, DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OR PROCESS, AND DEFENDANT'S OPPOSED MOTION UNDER 28 U.S.C. 1404(a) TO TRANSFER THE ACTION TO THE <u>CENTRAL DISTRICT OF CALIFORNIA</u>**

I, Yanmei Zhang, declare as follows:

1.      I am a Director of Operations at TP-Link Technologies Co., Ltd. ("TP-Link Tech"). I submit this declaration in support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Motion to Dismiss for Insufficient Service of Process, and Motion to Transfer Venue to the Central District of California Under 28 U.S.C. 1404(a) in the above-referenced case. I have personal knowledge of the matters stated in this Declaration.

2.      TP-Link Tech is a privately held corporation organized under the laws of China, with its headquarters and principal place of business in Shenzhen, China.

3.      TP-Link Tech does not have any employees or agents in Texas. Nor does TP-Link Tech own, lease, or operate any offices or other facilities in Texas. TP-Link Tech does not design, manufacture, sell, or offer to sell any products in Texas. TP-Link Tech does not ship products to Texas, and it does not conduct any marketing or advertising in, or directed toward, Texas.

4.      TP-Link USA Corporation ("TP-Link USA") is a California corporation with

1

its headquarters and principal place of business in Irvine, CA. TP-Link USA is solely

responsible for importing, marketing, advertising, offering to sell, and selling "TP-Link

branded" products in the United States, including the products accused in this case. TP-Link

USA is a wholly owned subsidiary of TP-Link UK, Ltd, which also has not been named as a

Defendant. TP-Link Tech does not direct or control the activities of TP-Link USA in

importing, marketing, advertising, offering to sell, or selling TP-Link branded products in

the United States. At all times relevant to this case, TP-Link USA was not, and is not, a

subsidiary (either directly or indirectly) of TP-Link Tech.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.


Dated: August 31, 2022                    /s/ 张岩梅
                                          Yanmei Zhang

2