**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| UNM RAINFOREST INNOVATIONS, <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK TECHNOLOGIES CO., LTD., <br><br> Defendant. | Civil Action No. 6:19-cv-00262-ADA <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF EDWARD J. MAYLE IN SUPPORT OF DEFENDANT'S
OPPOSED MOTION UNDER 28 U.S.C. 1404(a) TO TRANSFER THE ACTION TO THE
<u>CENTRAL DISTRICT OF CALIFORNIA</u>**

I am an attorney as the law firm of Kilpatrick Townsend & Stockton, LLP and am licensed to practice law in the State of Colorado and admitted in this action *pro hac vice*. I represent Defendants in this proceeding. My business address is Kilpatrick Townsend & Stockton LLP, 1400 Wewatta Street,, Suite 600, Denver, Colorado 80202. This declaration is based upon my personal knowledge and, if called as a witness, I could and would testify to these facts.

1.      Attached hereto as **Exhibit 1** is a true and correct copy of the redacted version of Declaration of Peng-Yu Wang, obtained at Dkt. 45-1 of *UNM Rainforest Innovations v. Zyxel Communications Corp.*, No. 6:20-cv-00522-ADA (W.D. Tex.).

2.      Attached hereto as **Exhibit 2** is a true and correct copy of patent assignment documents that I obtained from the U.S. Patent & Trademark Office ("USPTO"), recorded with the USPTO at Reel: 022315, Frame: 0979.

1

3. Attached hereto as **Exhibit 3** is a true and correct copy of patent assignment documents that I obtained from the USPTO, recorded with the USPTO at Reel: 045201, Frame: 0308.

4. Attached hereto as **Exhibit 4** is a true and correct copy of patent assignment documents that I obtained from the USPTO, recorded with the USPTO at Reel: 046854, Frame: 0173.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Brief of Amic Curiae STC.UNM *et al*., obtained at Dkt. 54 of *Regents of the University of Minnesota v. LSI Corp. et al.*, Federal Circuit Appeal No. 2018-1559.

6. Attached hereto as **Exhibit 6** is a true and correct copy of a printout of the URL itr.com (obtained August 31, 2022).

7. Attached hereto as **Exhibit 7** is a true and correct copy of a printout of the URL https://www.itri.com/home-2/join-one-of-our-innovation-platforms/ (obtained August 31, 2022).

8. Attached hereto as **Exhibit 8** is a true and correct copy of Intel's Petition in IPR2020-01576.

9. Attached hereto as **Exhibit 9** is a true and correct copy of Intel's Petition in IPR2020-01578.

10. Attached hereto as **Exhibit 10** is a true and correct copy of Joint Motion to Terminate in IPR2020-01578.

11. Attached hereto as **Exhibit 11** is a true and correct copy of the first page of Intel Corporation's SEC Form 10-K for the fiscal year ended December 26, 2020.

12. Attached hereto as **Exhibit 12** is a true and correct copy of U.S. Published Patent Application Pub. No. 2007/0155387.

13.      Attached hereto as **Exhibit 13** is a true and correct copy of U.S. Published Patent Application Pub. No. 2006/0114816.

14.      Attached hereto as **Exhibit 14** is a true and correct copy of Qualcomm's Petition in IPR2021-00375.

15.      Attached hereto as **Exhibit 15** is a true and correct copy of Qualcomm's Petition in IPR2021-00582.

16.      Attached hereto as **Exhibit 16** is a true and correct copy of Qualcomm's Petition in IPR2021-00377.

17.      Attached hereto as **Exhibit 17** is a true and correct copy of the first page of Qualcomm Incorporated's SEC Form 10-K for the fiscal year ended September 26, 2021.

18.      Attached hereto as **Exhibit 18** is a true and correct copy of the most recent Federal Case Management Statistics, obtained on August 31, 2022 from https://www.uscourts.gov/statistics-reports/federal-court-management-statistics-december-2021.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge. Executed on August 31, 2022 in Denver, Colorado.

/*Edward J. Mayle*/

Edward J. Mayle

3