**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| UNM RAINFOREST INNOVATIONS,<br><br>**Plaintiff,**<br><br>v.<br><br>TP-LINK TECHNOLOGIES CO., LTD.,<br><br>**Defendant.** | **Case No. 6:19-CV-00262-ADA**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE REGARDING JURISDICTIONAL AND VENUE DISCOVERY**

Consistent with the Court's Standing Order Governing Proceedings 4.1—Patent Cases ("OGP") (Dkt. No. 28), Plaintiff UNM Rainforest Innovations ("UNM") hereby provides notice that it is invoking its right to seek jurisdictional and venue discovery related to Defendant's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(2) for Lack of Personal Jurisdiction (Dkt. No. 45) and Defendant's Opposed Motion Under 28 U.S.C. 1404(a) to Transfer the Action to the Central District of California (Dkt. No. 48). Accordingly, Plaintiff's responses thereto will be delayed.

Consistent with the Court's OGP, Plaintiff intends to complete jurisdictional and venue discovery by November 9, 2022.

DATED:  September 14, 2022                    Respectfully submitted,


By: /s/ *Michael W. Shore*
Michael W. Shore (Texas 18294915)
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorefirm.com

Charles L. Ainsworth (Texas 00783521)
Robert Christopher Bunt (Texas 00787165)
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 418
Tyler, TX 75702
Tel: (903) 531-3535
charley@pbatyler.com
rcbunt@pbatyler.com

Mark D. Siegmund (Texas 24117055)
STECKLER WAYNE COCHRAN CHERRY, PLLC
8416 Old McGregor Road
Waco, Texas 76712
Tel: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com

*Counsel for Plaintiff*
*UNM Rainforest Innovations*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2022, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/ *Michael W. Shore*
Michael W. Shore