**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **STC.UNM,** | |
| *Plaintiff,* | **Case No. 6:19-CV-262-ADA** |
| **v.** | |
| **TP-LINK TECHNOLOGIES CO., LTD. and TP-LINK CORPORATION, LTD.,** | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff UNM Rainforest Innovations ("UNM") and Defendants TP-Link Technologies Co., Ltd. and TP-Link Corporation, Ltd. (collectively, "TP-Link") announced to the Court that they have settled all claims in this litigation, and requested a dismissal with prejudice of all claims asserted by UNM against TP-Link in this action as to any Licensed Products. The Court, having considered this request, is of the opinion that their request for dismissal should be **GRANTED**.

It is therefore **ORDERED** that all claims for relief asserted by UNM against TP-Link in this action as to any Licensed Products are dismissed, with prejudice; and

It is further **ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED** this 23rd day of April, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1